| Attorney or Party without Attorney:<br>ETHAN BEARMAN (SBN 327490)<br>THE BEARMAN FIRM, INC.<br>9460 Wilshire Blvd, Suite 830<br>Beverly Hills, CA 90212<br>Telephone No: 747-232-7626<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: ALLISON M. GILL, an individual<br>Defendant: DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs, et al. | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01892-LAB-MSB |

6. **Person Who Served Papers:**
   a. Enil Cerrano
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $394.00

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   11/03/2023
   (Date)

   (Signature)



PROOF OF SERVICE

9768986
(5480299)
Page 2 of 2

| Attorney or Party without Attorney:<br>ETHAN BEARMAN (SBN 327490)<br>THE BEARMAN FIRM, INC.<br>9460 Wilshire Blvd, Suite 830<br>Beverly Hills, CA 90212<br>Telephone No: 747-232-7626<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: ALLISON M. GILL, an individual
Defendant: DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01892-LAB-MSB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in A Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:   DONALD J. TRUMP, an individual
   b. Person served:  Dan Friedman, Main Security Director
                      served under F.R.C.P. Rule 4.

4. Address where the party was served: ▉▉▉▉▉▉▉▉▉▉, Palm Beach, FL 33480

5. I served the party:
   a. by substituted service.   On: Thu, Nov 02 2023 at: 01:20 PM by leaving the copies with or in the presence of:
                                Dan Friedman, Main Security Director

   (1) ☐ (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) ☒ (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ (Declaration of Mailing) is attached.
   (4) ☐ (Declaration of Diligence) attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

9768986
(5480299)
Page 1 of 2

| Attorney or Party without Attorney: <br> ETHAN BEARMAN (SBN 327490) <br> THE BEARMAN FIRM, INC. <br> 9460 Wilshire Blvd, Suite 830 <br> Beverly Hills, CA 90212 <br> Telephone No: 747-232-7626 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: ALLISON M. GILL, an individual <br> Defendant: DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs, et al. |
|---|

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-01892-LAB-MSB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in A Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Nov 3, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: DONALD J. TRUMP, an individual
      ██████████████, Palm Beach, FL 33480

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Nov 3, 2023 in the ordinary course of business.

5. Person Serving:
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $394.00

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

11/03/2023
(Date)

(Signature)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

9768986
(5480299)