ETHAN BEARMAN, SBN 327490
THE BEARMAN FIRM, INC.
9460 Wilshire Blvd, Suite 830
Beverly Hills, California 90212
Telephone: (747) 232-7626
ethan@thebearmanfirm.com

Attorney for Plaintiff Allison M. Gill

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON M. GILL, an individual<br><br>Plaintiff,<br><br>v.<br><br>DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs;<br>ROBERT L. WILKIE, an individual;<br>DONALD J. TRUMP, an individual;<br>DOES 1 through 50, Inclusive.<br><br>Defendants. | CASE NO: 3:23-cv-01892-LAB-MSB<br><br>**REQUEST TO CLERK FOR ORDER OF DEFAULT; AFFIDAVIT OF ETHAN BEARMAN IN SUPPORT OF REQUEST**<br><br>Complaint filed: October 16, 2023<br>Judge: Hon. Larry Alan Burns<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date: TBD |

To: John Morrill, Clerk of the Court

United States District Court

for the Southern District of California

**REQUEST TO CLERK FOR ORDER OF DEFAULT;
AFFIDAVIT OF ETHAN BEARMAN IN SUPPORT OF REQUEST**

1  Please enter the Default of Defendant Donald J. Trump pursuant to Fed. R. Civ. P.
2  55(a) for their failure to plead or otherwise defend, as detailed in the attached Supporting
3  Affidavit of Ethan Bearman, Esq.

5  Respectfully submitted,

7  Dated: <u>January 3, 2024</u>                                By:     <u>/s/ Ethan Bearman</u>
8                                                                                 Ethan Bearman, Esq.,
9                                                                                 Attorney for Plaintiff

...
...

# AFFIDAVIT OF ETHAN BEARMAN
## IN SUPPORT OF REQUEST TO CLERK FOR ORDER OF DEFAULT

I, Ethan Bearman, declare as follows:

1. I am an attorney, duly licensed to practice law in all courts in the State of California, am admitted to the United States District Court, Southern District of California, and in that capacity, am attorney of record for Allison M. Gill, Plaintiff herein.

2. I make this declaration of my own personal firsthand knowledge and if called, I could and would testify as fully set forth herein.

3. On October 16, 2023, Plaintiff ALLISON M. GILL filed the present Complaint alleging discriminatory employment practices and retaliation for Plaintiff's engagement in her First Amendment right of free speech.

4. In her Complaint, Plaintiff seeks damages for employment discrimination and violation of her First Amendment Right of free speech.

5. A copy of Summons and Complaint was served on Defendant DONALD J. TRUMP, at his residence in Florida through his Main Security Director Dan Friedman on November 02, 2023, upon the direction of the United States Secret Service. See Proof of Service and Complaint served attached herein as Exhibit "A".

6. Defendant TRUMP has neither answered nor otherwise responded to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired on January 2, 2024.

7. On behalf of Plaintiff, I filed this Application to Clerk for Entry of Default on January 3, 2024.

//
//
//
//
//

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Executed On : January 3, 2024         By: _____

4                                              Ethan Bearman, Esq.,
                                              Attorney for Plaintiff

# TABLE OF CONTENTS
# EXHIBITS

1. **Exhibit A:**   Proof of Service and Complaint

    23 pages