# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON M. GILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs; et al.,<br><br>Defendants. | Case No.: 23-cv-1892-LAB-MSB<br><br>**ORDER:**<br><br>**(1)  DENYING MOTION TO DISMISS ORIGINAL COMPLAINT AS MOOT, [Dkt. 8];** and<br><br>**(2)  GRANTING JOINT MOTION TO RESPOND TO FIRST AMENDED COMPLAINT, [Dkt. 10]** |

On February 9, 2024, Defendants Denis R. McDonough and Robert L. Wilkie filed a motion to dismiss Plaintiff Allison M. Gill's original Complaint. (Dkt. 8). Instead of filing an opposition, Gill filed a First Amended Complaint ("FAC") on March 4, 2024. (Dkt. 9). The motion to dismiss the original Complaint is moot and the Court **DENIES** the motion on that basis. *See, e.g.*, *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in [the Ninth Circuit] that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'"). The hearing scheduled for March 18, 2024, at 11:15 a.m., is **VACATED**. No appearances will

be required on March 18, 2024. The Clerk is directed to terminate Defendant Robert L. Wilkie, who is no longer specifically named in the FAC.

On March 11, 2024, McDonough and Gill jointly filed a motion to extend the time for McDonough to respond to the FAC. (Dkt. 10). Although the FAC no longer names the former VA Secretary Wilkie, Gill has provided new or expanded allegations that weren't presented in the original Complaint and added a new cause of action. (*Id.* at 2). McDonough's counsel needs to consult with the Department of Veterans Affairs and conduct further inquiry before responding to the FAC. (*Id.*). For good cause shown, the Court **GRANTS** the extension request. McDonough must answer or otherwise respond to the FAC by **May 3, 2024**.

**IT IS SO ORDERED.**

Dated:  March 12, 2024

_____
Honorable Larry Alan Burns
United States District Judge