1  ETHAN BEARMAN
   California Bar No. 327490
2  The Bearman Firm, Inc.
   9460 Wilshire Blvd, Suite 830
3  Beverly Hills, California 90212
   Telephone: (747) 232-7626
4  Ethan@thebearmanfirm.com

5  Attorney for Plaintiff
   ALLISON M. GILL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON M. GILL, an individual<br><br>Plaintiff,<br><br>v.<br><br>DENIS R. MCDONOUGH, Secretary, United States Department of Veterans Affairs; DOES 1 through 50, Inclusive.<br><br>Defendants. | **CASE NO:** 23-cv-1892-JES-MSB<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 2, 2025<br>Time: 10:00 a.m.<br>Courtroom: 4B<br>Judge: Hon. James E. Simmons, Jr.<br>Action Filed: October 17, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 2, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 4B of the above-entitled court, located at 221 West Broadway, San Diego, California, Plaintiff Allison M. Gill will and hereby does move for summary judgment pursuant to Fed. R. Civ. P. 56.

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support, the concurrently filed Declaration of Ethan Bearman, Esq., all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the hearing.

Plaintiff respectfully requests that the Court enter judgment in their favor and grant them such other and further relief as the Court may deem proper.

Dated: March 2, 2025                                    Respectfully submitted,

                                                      By:    /s/ Ethan Bearman
                                                                    Ethan Bearman, Esq.
                                                                    The Bearman Firm, Inc.
                                                                    Attorney for Plaintiff
                                                                    Allison M. Gill

# CERTIFICATE OF SERVICE

Case Name: **Allison M. Gill v. Dennis R. McDonough**   Case No. **23-cv-1892-JES-MSB**

I hereby certify that on <u>February 28, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**
2. **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
3. **DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 28, 2025</u>, at Beverly Hills, California.

Ethan Bearman                                  /s/ Ethan Bearman
Declarant                                              Signature