1  ETHAN BEARMAN
   California Bar No. 327490
2  The Bearman Firm, Inc.
   9460 Wilshire Blvd, Suite 830
3  Beverly Hills, California 90212
   Telephone: (747) 232-7626
4  Ethan@thebearmanfirm.com

5  Attorney for Plaintiff
   ALLISON M. GILL
6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  ALLISON M. GILL, an individual          **CASE NO:** 23-cv-1892-JES-MSB

12
                                            **DECLARATION OF ETHAN**
13              Plaintiff,                   **BEARMAN IN SUPPORT OF**
                                            **PLAINTIFF'S MOTION FOR**
14         v.                               **SUMMARY JUDGMENT**

15
                                            Date: April 2, 2025
16  DENIS R. MCDONOUGH, Secretary,          Time: 10:00 a.m.
    United States Department of Veterans    Courtroom: 4B
17  Affairs; DOES 1 through 50, Inclusive.  Judge: Hon. James E. Simmons, Jr.

18              Defendants.

19

20

21

22

23

24

25

26

27

28

- 1 -

DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT                                (23cv1892)

I, ETHAN BEARMAN, hereby declare under penalty of perjury that the following is true and correct:

1.    I am an attorney duly licensed to practice before this Court. I am the counsel of record for Allison M. Gill ("Plaintiff"). The facts set forth herein are known to me of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

3.    On December 4, 2024, Plaintiff deposed witness Alejandro Barberena, a previous supervisor of the Plaintiff at the Department of Veterans Affairs ("VA"). A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Witness Alejandro Barberena is attached as **Exhibit A**. During the deposition, the following documents were marked as exhibits to the Court and are presented here:

> a. Exhibit 4: Dr. Gill's Fiscal Year 2016 Performance Appraisal. USA_GILL_000680-000682.
>
> b. Exhibit 5: May 3, 2016, Individual Cash Award to Dr. Gill. USA_GILL_000702.
>
> c. Exhibit 7: December 27, 2016, Individual Cash Award to Dr. Gill. USA_GILL_000679.
>
> d. Exhibit 8: Dr. Gill's Fiscal Year 2018 Performance Appraisal. USA_GILL_000644-000646.
>
> e. Exhibit 9: December 27, 2017, Individual Cash Award to Dr. Gill. USA_GILL_000657.

4.    On November 13, 2024, Defendant deposed Plaintiff Allison M. Gill. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Plaintiff Allison M. Gill is attached as **Exhibit B**. During the deposition, the following documents were marked as exhibits to the Court and are presented here:

> a. Exhibit 3: Dr. Gill response to Defendant's Interrogatory number 3.
>
> b. Exhibit 4: August 12, 2019 Telework Restrictions from Patrick Grady only to Plaintiff Allison M. Gill. USA_GILL_000260.
>
> c. Exhibit 5: Email from Patrick Grady to Plaintiff regarding "Reassignment and

DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT                    (23cv1892)

Telework Updates." USA_GILL_000326.

    d.  Exhibit 6: Emails between Dr. Gill and Patrick Grady regarding Reasonable Accommodation, dated April 29, 2019 and May 1, 2019.  USA_GILL_000328.

    e.  Exhibit 8: Emails between Dr. Gill and VHA Human Resources May 9, 2019 through May 22, 2019.

    f.  Exhibit 9: VA request for medical documentation, dated May 22, 2019.

    g.  Exhibit 10: Letter from Paul Krebs of the U.S. Department of Veterans Affairs in regards to Plaintiff's Medical Condition, dated May 31, 2019.

    h.  Exhibit 11: Management Directed Reassignment letter to Plaintiff, dated June 24, 2019. 000217-000218.

    i.  Exhibit 13: VA Approval of Accommodation, dated July 26, 2019. GILL_00035.

    j.  Exhibit 15: August 12, 2019, email between Dr. Gill and VA RA coordinator.

    k.  Exhibit 16: Approval of interim accommodation, August 15, 2019. USA_GILL_000259.

    l.  Exhibit 17: Letter from Paul Krebs of the U.S. Department of Veterans Affairs in regards to Plaintiff's Medical Condition, dated August 22, 2019.

    m.  Exhibit 18: Reasonable Accommodation temporary 100% telework from Pamela Ballou-Moore U.S. Department of Veterans Affairs, dated September 13, 2019. #56.1-#56.5.

    n.  Exhibit 19: Letter from Paul Krebs of the U.S. Department of Veterans Affairs in regards to Plaintiff's Medical Condition, dated September 18, 2019.

    o.  Exhibit 21: VA RA Denial letter, dated November 26, 2019. USA_GILL_000293.

    p.  Exhibit 23: VA disability rating increase to 100% for Dr. Gill. GILL_00093.

    q.  Exhibit 29: EEO Report. USA_GILL_000010.

    5.    On December 5, 2024, Plaintiff deposed Patrick Grady. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Patrick Grady is attached

DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT    (23cv1892)

as **Exhibit C**. During the deposition, the following documents were marked as exhibits to the Court and are presented here:

    a. Exhibit 16: Dr. Gill's Fiscal Year 2019 Performance Appraisal. USA_GILL_001033-001035.

    b. Exhibit 17: December 10, 2018, Individual Cash Award to Dr. Gill. USA_GILL_000643.

    c. Exhibit 20: Confirmation of RA, dated May 6, 2019. USA_GILL_000984.

    d. Exhibit 21: May 7, 2019, email from Patrick Grady confirming receipt of RA. USA_GILL_000913.

    e. Exhibit 25: May 7, 2019, acknowledgment of receipt of request form. USA_GILL_000981.

    f. Exhibit 29: August 12, 2019, telework restrictions on Dr. Gill. USA_GILL_000971.

    g. Exhibit 31: August 6, 2019 Fact Finding/ Employee: Allison Gill, by Patrick Grady. USA_GILL_000311-000317.

6. On December 20, 2024, Plaintiff deposed Patrick Picardo. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Patrick Picardo is attached as **Exhibit D**. During the deposition, the following documents were marked as exhibits to the Court and are presented here:

    a. Exhibit 56: Accomodation Request Determination, dated December 20, 2019. USA_GILL_000995-000996.

7. Attached hereto are true and accurate copies of the following material from Defendant disclosed to Plaintiff on June 27, 2024, and Plaintiff disclosed to Defendant on June 26, 2024, pursuant to Federal Rule of Civil Procedure 26(a)(1)(ii) as **Exhibit E**:

    a. Dr. Gill investigation answer under oath. GILL_00259.

8. Also attached hereto are true and accurate copies of the following materials from Defendant disclosed to Plaintiff on October 18, 2024, in response to Plaintiff's Requests for Production pursuant to Federal Rule of Civil Procedure 34(b)(2), as **Exhibit F**:

DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT                    (23cv1892)

a. Approval of Interim Accommodation dated September 25, 2019. USA_GILL_000985.

b. August 22, 2019, medical letter from Dr. Paul Krebs. USA_GILL_000988.

c. October 1, 2020, telework request/agreement for Edith A Bean. USA_GILL_001132.

d. October 1, 2019, telework request/agreement for Edith A Bean. USA_GILL_001148-001153.

9.    Also attached hereto are true and accurate copies of the following materials from Defendant disclosed to Plaintiff on October 18, 2024, in response to Plaintiff's Requests for Production pursuant to Federal Rule of Civil Procedure 34(b)(2), as **Exhibit G**:

a. Termination letter from the VA, dated March 19, 2020. USA_GILL_001012.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: March 3, 2025                    THE BEARMAN FIRM, INC.


By:    /s/ Ethan Bearman
       Ethan Bearman, Esq.
       Attorney for Plaintiff

DECLARATION OF ETHAN BEARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT                    (23cv1892)

# TABLE OF CONTENTS

## EXHIBITS

| Exhibit No. | Description | Starting Page No: |
|---|---|---|
| **Exhibit A** | Deposition transcript and exhibits of prior supervisor Alejandro Barberena, December 4, 2024 | 001 |
| **Exhibit B** | Deposition transcript and exhibits of Plaintiff Dr. Allison M. Gill, November 13, 2024 | 015 |
| **Exhibit C** | Deposition transcript and exhibits of Dr. Gill's supervisor Patrick Grady, December 5, 2024 | 045 |
| **Exhibit D** | Deposition transcript and exhibits of Patrick Grady's supervisor Patrick Picardo, December 20, 2024 | 118 |
| **Exhibit E** | Investigation Documents | 123 |
| **Exhibit F** | Accommodation Documents | 125 |
| **Exhibit G** | Termination Letter | 135 |