ETHAN BEARMAN
California Bar No. 327490
The Bearman Firm, Inc.
9460 Wilshire Blvd, Suite 830
Beverly Hills, California 90212
Telephone: (747) 232-7626
Ethan@thebearmanfirm.com

Attorney for Plaintiff ALLISON M. GILL

ANDREW R. HADEN
Acting United States Attorney
BETSEY BOUTELLE
Assistant United States Attorney
California Bar No. 299754
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8764
Fax: (619) 546-7751
Email: betsey.boutelle@usdoj.gov

Attorneys for Defendant
DOUGLAS A. COLLINS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON M. GILL, an individual<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS, Secretary, United States Department of Veterans Affairs; DOES 1 through 50, Inclusive.<br><br>Defendants. | **CASE NO:** 23-cv-1892-JES-MSB<br><br>**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**<br><br>Date: April 16, 2025<br>Time: 10:00 a.m.<br>Courtroom: 4B<br>Judge: Hon. James E. Simmons, Jr. |

    Pursuant to Civil Local Rule 7.1(f)(1) and this Court's Civil Chambers Rules, Plaintiff and Defendant jointly submit the following Statement of Undisputed Material Facts. These facts are undisputed **for purposes of this motion only**.

| | **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|---|
| 1. | Plaintiff Dr. Allison M. Gill was employed by the Department of Veterans Affairs from February 2009 until March 2020. | USA_GILL_001022; Gill Depo. 14:18-19, 25:21-22. |
| 2. | Prior to the incident in question, Plaintiff worked under the supervision of Alejandro Barberena, Director of the VA/Department of Defense Medical Sharing Office from approximately 2015 to February 2019. | Barberena Depo 15:5-8, 16:23-17:13. |
| 3. | From 2016 to 2019, Dr. Gill received consistent ratings of "Fully Successful" and/or "Exceptional" on the "elements" section of her annual performance appraisals. (The "Levels of Achievement" scale has three rankings: (1) Unacceptable, (2) Fully Successful, and (3) Exceptional.) | USA_GILL_000644-USA_GILL_000646, USA_GILL_000680-USA_GILL_000682, USA_GILL_1033-USA_GILL_1035; Barberena Depo. 36:11-37:8, 45:13-46:16. |
| 4. | From 2013 to 2018, Dr. Gill received approximately seven bonus compensation awards for her successful performance. | USA_Gill_000643, USA_GILL_000657, USA_GILL_000679, USA_GILL_000702-USA_GILL_000705; Barberena Depo. 39:12-40:9, 44:13-23, 46:22-47:5; Grady Depo. 53:11-54:3. |
| 5. | Dr. Gill was hired by the Defendant in or around August 2015 as a Health Systems Specialist at pay level GS-14, serving as a TRICARE liaison to the Department of Defense. | USA_GILL_001022; Gill Depo. 14:5-18. |

| 6. | Plaintiff worked at the TRICARE Regional Office in San Diego, California, a Department of Defense facility located at 401 West A Street. | Gill Depo. 15:3-7, 55:12-21. |
|---|---|---|
| 7. | Dr. Gill received "fully successful" performance ratings from Grady on her FY2019 performance appraisal. | USA_GILL_001033-USA_GILL_001035; Grady Depo. 45:14-47:24, 48:18-17, 127:9-128:19. |
| 8. | On February 17, 2019, Patrick Grady became Dr. Gill's direct supervisor. | USA_GILL_1033; Gill Depo. 27:19-20, 45:11-46:1, 56:24-57:3. |
| 9. | During this time, Patrick Picardo was Plaintiff's second-line supervisor. | Gill Depo. 28:14-20. |
| 10. | On or about April 3, 2019, Patrick Grady and Patrick Picardo informed Dr. Gill that her position was being relocated from San Diego to Washington, D.C. effective October 1, 2019. | Grady Depo. 64:22-65:6. |
| 11. | During the events at issue in this case, Dr. Gill had PTSD, a qualifying disability under the Rehabilitation Act. | Gill Depo. 32:1-8; Gill Depo. Exhibit 10. |
| 12. | Dr. Gill's disability rating for her disabilities was increased from 70% to 100% by the Department of Veterans Affairs effective April 16, 2020. | GILL_00784; Gill Depo. 32:9-13. |
| 13. | Mr. Grady was aware of Dr. Gill's PTSD as of April 29, 2019. | USA_GILL_000984; Grady Depo. 87:20--89:22. |
| 14. | Dr. Gill was one of multiple GS-14 employees whom Mr. Grady asked to serve as Acting Director in his place on certain dates in April 2019 | Grady Depo. 57:23-58:18; USA_GILL_000447-USA_GILL_000448. |

| | | |
|---|---|---|
| | when needed. Dr. Gill had never previously served as Acting Director. | |
| 15. | On April 3, 2019, Plaintiff was informed by Patrick Grady and Patrick Picardo that her position was being reassigned from San Diego to Washington, D.C. | Gill Depo. 15:16-17, 81:9-19. |
| 16. | The reason provided for the reassignment was for a "modernization effort of the Defense Health Agency, DHA, TRICARE Health Plan, which functionally reorganized assigning the leadership of the administration and management of all TRICARE purchased care contracts primarily at the DHA Falls Church, Virginia, location." | Gill Depo. 105:20-106:4; Gill Depo. Exhibit 11 000217-000218. |
| 17. | Prior to the reassignment notice, Plaintiff worked a compressed schedule with one telework day per two-week pay period. | Gill Depo. 15:20-16:5. |
| 18. | On April 29, 2019, Dr. Gill made her first request for accommodation due to her PTSD. | USA_GILL_000913, USA_GILL_000984, USA_GILL_000988; Gill Depo. 78:4-9, 86:2-8; Gill Depo. Exhibit 10. |
| 19. | On April 26, 2019, Mr. Grady approved Plaintiff for three telework days per pay period. | USA_GILL_000326; Gill Depo. 84:23-85:8. |
| 20. | On May 6, 2019, Dr. Gill submitted a formal written request for accommodation. | GILL_00083; Gill Depo. 87:18-21, 88:9-13. |
| 21. | Plaintiff took FMLA leave from approximately May 9, 2019, through August 2, 2019. | Gill Depo. 14:24-15:1, 78:1-6. |

| | | |
|---|---|---|
| 22. | The VA received medical documentation on or around June 10, 2019. | USA_Gill_002558-USA_GILL_002559; Grady Depo. 102:18-103:3, 105:15-25. |
| 23. | With the approval of full-time telework accommodation, the VA on or around August 12, 2019, issued a list of thirteen specific telework requirements to Plaintiff. | USA_GILL_000260; Gill Depo. 68:5-9. |
| 24. | The Office of General Counsel later directed Mr. Grady to issue the same list of 13 telework conditions to all employees of the VA/DoD Medical Sharing Office. | Grady Depo. 254:4-14, 254:21-255:3. |
| 25. | Mr. Grady considered a single incident from May 9, 2019, as a "major" factor in composing the list of 13 telework requirements. | Grady Depo. 243:11-15. |
| 26. | Plaintiff was granted an interim accommodation of 100% telework until November 23, 2019. | Gill Depo. 119:5-13; Gill Depo. Exhibit 18 #56.1-#56.5. |
| 27. | Dr. Gill's request for accommodation was denied for the final time by Patrick Picardo on December 20, 2019 which explicated that "physical presence in the Washington, D.C. office is required." | USA_GILL_000995-USA_GILL_000996; Picardo Depo. 120:9-121:18. |
| 28. | Plaintiff has operated a podcast since November 2017, initially titled "Mueller, She Wrote" and later renamed "The Daily Beans.". | USA_GILL_000313-USA_GILL_314; Gill Depo. 144:20-21, 202:5-17. |
| 29. | After being notified about Dr. Gill's podcast had existed from Edith Bean, Mr. Grady viewed her podcast's webpage and various online promotional materials, and subsequentially, conducted a "fact-finding" session. | Grady Depo. 118:16-119:3, 123:9-19, 124:3-125:4, 128:20-129:23, 195:12-196:6. |

| | | |
|---|---|---|
| 30. | On August 6, 2019, Mr. Grady conducted a fact-finding interview of Plaintiff regarding Plaintiff's activities, including her podcast and touring stage performances of "Mueller, She Wrote" while on FMLA leave. | USA_GILL_000311-000317; Gill Depo. 64:6-13, 162:20-163:11; Grady Depo. 181:23-182:13, 195:12-196:6; Picardo Depo. 73:18-24. |
| 31. | Mr. Grady denied Dr. Gill's request to have a representative on the call during questioning. | USA_GILL_001122. |
| 32. | In June 2019, Mr. Grady believed that her participation in touring stage performances for her podcast potentially contradicted her request for FMLA leave. | Grady Depo. 126:4-24, 173:1-15, 189:2-11, 195:18-23. |
| 33. | Mr. Grady admitted in his deposition that there are differences between interacting with people in the office and in general. | USA_GILL_000311-000317, Grady Depo. 178:8-20, 189:23-190:2, 205:5-25. |
| 34. | Plaintiff first contacted an EEO counselor on or around August 6, 2019, after the fact-finding session. | USA_GILL_00010-USA_GILL_00013; Gill Depo. 171:10-16. |
| 35. | The only EEO investigation that Picardo has ever participated in was Dr. Gill's. | Picardo Depo. 144:4-145:14. |
| 36. | Picardo became aware of Dr. Gill's podcast through Mr. Grady. | USA_GILL_000009; Picardo Depo. 145:22-146:10, 146:22-147:23. |
| 37. | Dr. Gill requested leave without pay after the fact-finding session, for which she was required to provide additional medical documentation in support of the request on or around September 12, 2019. | Gill Depo. 76:20-77:6, 79:7-80:16, 125:14-24; Gill Depo. Exhibit 19 000283; ECF No. 38-5 at OPP 176. |

| | | |
|---|---|---|
| 38. | On or around September 25th, 2019, Plaintiff was officially granted leave without pay until November 23rd, 2019. | USA_GILL_000985; Gill Depo. 79:7-80:16, 130:2-9. |
| 39. | Plaintiff was in communication with Human Resources to explore the possibility of job reassignment at the VA, but was unsuccessful in securing an alternative position. | Gill Depo 80:15-17, 131:6-14. |
| 40. | On March 19, 2020, Plaintiff was formally removed from federal service. | Gill Depo. 133:8-14. |
| 41. | On November 21, 2019, Plaintiff filed EEO Complaint Case No. 20DR-0010-2019104998. | USA_GILL_000001-000017 |
| 42. | The Agency issued its Final Agency Decision ["FAD"] on June 28, 2021. | GILL_00788 |
| 43. | Plaintiff filed an Appeal No. 2021004344 on August 27, 2021. | GILL_00729-00753 |
| 44. | The Office of Federal Operations ["OFO"] issued its final order affirming Agency's final decision on July 17, 2023. | GILL_00788-00796 |

Dated: April 8, 2025　　　　　　　　　By:　/s/ Ethan Bearman

　　　　　　　　　　　　　　　　　　　　Ethan Bearman, Esq.,

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: April 8, 2025　　　　　　　　　ANDREW R. HADEN
　　　　　　　　　　　　　　　　　　　Acting U.S. Attorney

　　　　　　　　　　　　　　　　　　　By:　s/ *Betsey Boutelle*
　　　　　　　　　　　　　　　　　　　　　Betsey Boutelle
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel and that I have obtained the required authorization to affix their electronic signature(s) to this document.

Dated: April 8, 2025                    Respectfully: /s/ Ethan Bearman

                                                  Ethan Bearman, Esq.,

                                                Attorney for Plaintiff