UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON M. GILL,<br><br>                              Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS, et al.,[1]<br><br>                              Defendants. | Case No.:  23cv1892-JES (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR (1) ORDER AUTHORIZING FED. R. CIV. P. 35 DEFENSE EXAMINATION BY DR. ELLEN STEIN AND (2) ORDER CONTINUING THE CORRESPONDING DATES FOR EXPERT DISCOVERY [ECF NO. 41]** |

Now pending before the Court is the parties' Joint Motion for (1) Order Authorizing Fed. R. Civ. P. 35 Defense Examination by Dr. Ellen Stein and (2) Order Continuing the Corresponding Dates for Expert Discovery.  (ECF No. 41 ("Joint Motion").) The parties explain that Defendant has retained Dr. Ellen Stein to evaluate Plaintiff's mental health conditions because Plaintiff has put her mental health condition(s) at issue by claiming she suffers from emotional distress as a result of the discriminatory acts alleged in her complaint.  (Id. at 2.)  Thus, the parties now request the Court to

---

[1] Douglas A. Collins was sworn in as the Secretary of Veterans Affairs on February 5, 2025.  He is automatically substituted as defendant in this action pursuant to Federal Rule of Civil Procedure 15(d)(1).

1

authorize Dr. Stein's psychological examination of Plaintiff pursuant to Federal Rule of Civil Procedure 35(a)(2). (Id.) The parties further request that their expert discovery deadlines be continued to accommodate Dr. Stein's evaluation and report. (Id. at 4.)

Finding good cause, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

### I. Fed. R. Civ. P. 35 Examination

1. Plaintiff shall make herself available for an examination by Dr. Ellen Stein, which may include a psychological/psychiatric examination, an interview, and testing. The examination shall be conducted pursuant to and under the authority of Fed. R. Civ. P. 35, and shall begin on April 23, 2025, at 9:00 a.m. at 3033 Fifth Avenue, Suite 220, San Diego, CA 92103. It will continue on April 30, 2025, at 9:00 a.m. at the same location.

2. Day 1 will consist of psychological testing and is expected to last approximately four hours, excluding breaks. Plaintiff is requested to bring a list of all current medications/dosages and any eyeglasses needed for reading. The tests used for such an examination by Dr. Stein's office may include: MMPI-3 or MMPI-2RF, MCMI-IV or PAI, TSI-2, SCL-90-R, BAI, BDI-II, SASSI-4, and/or SHIPLEY-2.

3. Day 2 will consist of a clinical forensic interview and is expected to last approximately four hours, excluding breaks. Dr. Stein will conduct the interview.

4. Plaintiff may bring any food or beverage she wishes to consume during breaks.

5. The examination will consider all mental health issues before, during, and after Plaintiff's employment with Defendant. Plaintiff shall answer all questions submitted by Dr. Stein that are properly incident to the examination and shall otherwise cooperate with Dr. Stein so that the examination can be properly conducted, and Plaintiff can be fully and accurately evaluated.

6. Only Plaintiff and Dr. Stein (including her staff) shall be present at the examination. Plaintiff's attorneys and legal representatives, Defendant's attorneys and legal representatives, and all other third parties shall not attend, participate in, or

otherwise be present at the examination.

7. Plaintiff and/or Dr. Stein may record the audio of all conversations between Dr. Stein (or her staff) and Plaintiff during the examination, but the examination shall not be video recorded.

8. Dr. Stein's examination will not entail any procedure that is physically painful, nor will her exam require the need for x-rays or the drawing of blood.

9. Defendant shall pay the fee for Dr. Stein's examination of Plaintiff. Plaintiff is advised that failure to appear at the scheduled examination, without proper objection, will result in a charge of the expert's time, and Plaintiff will be responsible for said charges.

10. Any notes, test results, or other paperwork generated by Dr. Stein regarding her examination of Plaintiff will only be disclosed to the following persons:

a. Counsel for the parties and any employees, agents, or staff working with counsel on this case, with disclosure only to the extent necessary to enable those employees, agents, and staff to perform their duties;

b. Experts, investigators, attorney services, or consultants retained by the parties, while assisting in the accomplishment of the aforementioned purposes, with disclosure only to the extent necessary to enable them to perform the same;

c. The Court and any jury empaneled in this action. The parties, however, reserve their right to assert any and all evidentiary objections (including relevance, chain of custody, etc.) to such documents at trial.

**II.     Continuance of Expert Discovery Deadlines**

11. To provide adequate time for Defendant's expert to prepare a report of her opinions and conclusions following the conclusion of the examination, the Court hereby amends the remaining dates and deadlines pertaining to expert discovery in the Scheduling Orders of July 30, 2024 (ECF No. 23) and February 10, 2025 (ECF No. 31) as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Deadline for parties to comply with the disclosure provisions of Rule 26(a)(2)(A) and (B). | May 2, 2025 | May 30, 2025 |
| Deadline for parties to supplement their disclosures regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e). | May 30, 2025 | June 30, 2025 |
| Deadline for completion of expert discovery. | June 27, 2025 | July 31, 2025 |
| Deadline for *Daubert* motions. | June 19, 2025 | To be set by the Court with deadlines for motions in limine at Final Pretrial Conference. |

All other deadlines and guidelines set forth in the Court's Scheduling Order of July 30, 2024 (ECF No. 23) remain in effect.

**IT IS SO ORDERED.**

Dated: April 17, 2025

Honorable Michael S. Berg
United States Magistrate Judge